IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                    CASE NO. 4:24CR40008

JEFFREY ALAN MOSAL                                                                      DEFENDANT

### ORDER

The Defendant appeared for initial appearance on a Petition on Supervised Release. The Court explained to the Defendant the right to a hearing to consider the issue of detention. Counsel for the Defendant requested a detention hearing. The Court remands the Defendant to the custody of the United States Marshal Service to be brought back to Court **Monday, December 29, 2025, 11:00 a.m. 3rd floor courtroom, Texarkana, Arkansas**.

**IT IS SO ORDERED.**

SIGNED this 22nd day of DECEMBER, 2025.

_____
HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE